AP-77,024
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/30/2015 1:21:48 PM
Accepted 3/30/2015 1:31:04 PM
ABEL ACOSTA
CLERK



**THE OFFICE OF**

**THE CRIMINAL DISTRICT ATTORNEY**
**McLENNAN COUNTY, TEXAS**
**219 North 6th Street, Suite 200**
**Waco, Texas    76701**
**Phone - (254) 757-5084**
**Fax - (254) 757-5021**

**Sterling Harmon**                                                **Abelino "Abel" Reyna**
Assistant Criminal District Attorney                      Criminal District Attorney

March 30, 2015

Court of Criminal Appeals
Attention:   Mr. Abel Acosta, Clerk
P.O. Box 12308
Austin, Texas   78711
VIA EFILING

FILED IN
COURT OF CRIMINAL APPEALS

March 30, 2015

ABEL ACOSTA, CLERK

RE:   ALBERT LESLIE LOVE, JR.; CCA NO. AP-77,024

To the Honorable Court:

In response to the Court's letter of March 20, 2015, the State's Attorney will appear for oral argument in the above-referenced case on April 15, 2015.

The State has not requested oral argument in this cause, and therefore is not designating specific points of error for argument.   The State will appear to argue those points which may be designated by Appellant and approved by the Court.

Sincerely,

Sterling Harmon,
Chief Appellate Assistant District Attorney
McLennan County Criminal District Attorney's Office

Cc: Mr. Ariel Payan